THE ILLINOIS VALLEY AND NORTHERN RAILROAD CO.

*v.*

THE PEOPLE *ex rel.*

*Opinion filed October 24, 1898.*

This case is governed by the decision in *Greenwood* v. *Gmelich,* (*ante,* p. 526).

APPEAL from the County Court of LaSalle county; the Hon. H. W. JOHNSON, Judge, presiding.

SAMUEL RICHOLSON, for appellant.

HASKINS & PANNECK, for appellee.

Per CURIAM: The questions involved in this case are the same as the questions involved in *Greenwood* v. *Gmelich,* (*ante,* p. 526.) The decision of this case is governed by the decision in that case.

Accordingly, the judgment of the county court is reversed, and the cause is remanded to that court for further proceedings in accordance with the views expressed in the case of *Greenwood* v. *Gmelich, supra.*

*Reversed and remanded.*